Kevin B. Walker, Esq.
Andy G. Mercado, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel:  (973) 656.1600
Fax:  (973) 656.1611
kevin.walker@ogletreedeakins.com
andy.mercado@ogletreedeakins.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS HARTMANN, | Hon. Madeline Cox Arleo |
| Plaintiff, | Case No. 2:21-cv-17241-MCA-JBC |
| vs. | **RETURN DATE: OCTOBER 2, 2023** <u>**Document Electronically Filed**</u> |
| ARTHUR J. GALLAGHER & CO., | |
| Defendant. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

TO:   Stanley W. Kallmann, Esq.
       Weiner Law Group, LLP
       629 Parsippany Road
       Parsippany, New Jersey 07054
       *Attorneys for Plaintiffs*

COUNSELOR:

**PLEASE TAKE NOTICE** that on October 2, 2023, or as soon thereafter as counsel may be heard, defendant Arthur J. Gallagher & Co., by and through their

undersigned counsel, shall move before United States District Judge Madeline Cox Arleo for an Order granting summary judgment to defendant Arthur J. Gallagher & Co.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, defendants shall rely upon the accompanying Brief in Support of the Motion for Summary Judgment, L. Civ. R. 56.1 Statement of Undisputed Material Facts, Certification of Kevin B. Walker, with exhibits, Certification of Daniel Tropp and proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument.

                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys for Defendant*
*Arthur J. Gallagher & Co.*

By: s/ Kevin B. Walker
    Kevin B. Walker

Dated:  September 8, 2023