**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS HARTMANN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.,<br><br>　　　　Defendant. | Civil Action No. 21-17241 (JKS)(JBC)<br><br>**ORDER**<br><br>April 19, 2024 |

**SEMPER**, District Judge.

　　This matter comes before the Court on Magistrate Judge James B. Clark's Report and Recommendation (ECF 63, "R&R"), issued on April 4, 2024, recommending that this Court deny Plaintiff's motion for Rule 11 sanctions, attorney's fees, and costs (ECF 45). No objections to the R&R have been filed. This Court has considered Judge Clark's R&R, and for substantially the same reasons stated therein,

　　**IT IS** on this 19th day of April 2024, **ORDERED** that Plaintiff's motion for Rule 11 sanctions, attorney's fees, and costs (ECF 45) is **DENIED**; and it is further

　　**ORDERED** that this Court adopts Judge Clark's April 4, 2024, R&R. (ECF 63.)

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jamel K. Semper　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　**HON. JAMEL K. SEMPER**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**